SLIP OPINION

Cite as 2016 Ark. 239

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE THE ARKANSAS CONTINUING LEGAL EDUCATION BOARD | **Opinion Delivered** June 2, 2016 |

**PER CURIAM**

The Honorable John Robbins, of Hot Springs, is reappointed to the Continuing Legal Education Board for a second three-year term to expire on May 02, 2019. Judge Robbins is an at-large representative, Position Five.

Rebecca Hattabaugh, of Fort Smith, is reappointed to the Continuing Legal Education Board for a second three-year term to expire on May 02, 2019. Ms. Hattabaugh is an at-large representative, Position Seven.

Diane Holitik, of Little Rock, is reappointed to the Continuing Legal Education Board for a second three-year term to expire on May 02, 2019. Ms. Holitik is a representative of the Second Congressional District.

The court extends its sincere appreciation to Judge Robbins, Ms. Hattabaugh, and Ms. Holitik for accepting reappointment to this important Board.